[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12546

Non-Argument Calendar

_____

JERMAINE TERRELL BOUIE,

Petitioner-Appellant,

*versus*

HARRY JAY ALTMAN,
JENNIFER CROCKET,
DR. OSCAR JACKSON, JR.,
DETECTIVE TIM ROBERTS,
JAMES E. HARDY, et al.,

Respondents-Appellees.

_____

2                        Opinion of the Court                    23-12546

Appeal from the United States District Court
for the Middle District of Georgia
D.C. Docket No. 7:23-cv-00001-WLS-TQL

_____

Before JILL PRYOR, GRANT, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Jermaine Bouie, a state prisoner proceeding *pro se*, appeals the district court's June 1, 2023, order dismissing his amended motion for writ of mandamus and denying his amended motion for summary judgment. The statutory time limit required him to file his notice of appeal on or before July 3, 2023. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 26(a)(1)(C). The notice of appeal, deemed filed on July 18, 2023, is therefore untimely, and we lack jurisdiction. *See* Fed. R. App. P. 4(c)(1); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014); *Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.